IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM F. PEACOCK, JR. | * | |
| | * | |
| v. | * | Civil No. JFM-02-490 |
| | * | |
| MAYOR AND CITY COUNCIL OF | * | |
| BALTIMORE, et al. | * | |

*****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 29th day of April 2002 ORDERED

1. Defendants' motions are treated as ones for summary judgment; and

2. Summary judgment is entered in favor of all defendants against plaintiff.

J. Frederick Motz
United States District Judge

